## HUMANA MILITARY HEALTHCARE SERVICES, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee,

and

## United Health Military & Veterans Services, LLC, Defendant–Appellee.

### No. 2011–5014.

United States Court of Appeals, Federal Circuit.

Dec. 3, 2010.

Charles G. Cole, Steptoe & Johnson, LLP, Washington, DC, for Plaintiff–Appellant.

Thomas C. Papson, McKenna Long & Aldridge, LLP, Washington, DC, for Defendant–Appellee.

Arlene Pianko Groner, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

Upon consideration of Humana Military Healthcare Servies, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.